[No. 13088.   Department One. — November 4, 1891.]

## LEE CHUCK, RESPONDENT, v. QUAN WO CHONG & CO., APPELLANTS.

APPEAL — SUPPORT OF JUDGMENT — WAIVER OF FINDINGS — PRESUMPTION. — Where the complaint states a cause of action, and the judgment grants no relief in excess of that demanded in the complaint, and the record upon appeal does not show affirmatively that findings were not waived, it will be presumed, upon an appeal from the judgment on the judgment roll alone, in the absence of findings, that they were waived, and the judgment will be affirmed.

APPEAL from a judgment of the Superior Court of the city and county of San Francisco.

The facts are stated in the opinion of the court.

*Smith & Murasky*, and *James F. Smith*, for Appellants.

*Charles S. Wheeler*, for Respondent.

The Court. — This is an appeal from the judgment, and the case comes before us on the judgment roll alone.

The complaint states a cause of action. We have to presume, in the absence of findings, that they were waived, there being nothing in the record to show affirmatively that they were not waived, and the judgment does not grant any relief in excess of that which was demanded in the complaint.

The judgment is therefore affirmed.